IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

J&J SPORTS PRODUCTIONS, INC.                                            PLAINTIFF

v.                    Civil No. 07-5215

STEPHEN T. WILKINSON, Individually
and d/b/a BOURBON BOY'S BAR & GRILL                                     DEFENDANT

O R D E R

Now on this 10th day of February, 2009, comes on for consideration the parties' **Stipulation Of Dismissal** (document #16), and the Court, being well and sufficiently advised, finds that this matter should be, and same hereby is, **dismissed**.

**IT IS SO ORDERED.**

/s/ Jimm Larry Hendren
JIMM LARRY HENDREN
UNITED STATES DISTRICT JUDGE